IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| PROMMIS HOLDINGS, LLC, et al.,[1] ) | Case No. 13-10551 (BLS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | Re: Main Case D.I. 853, 886, and 899 |
| ) | |
| RONALD F. VAUGHN, ) | |
| ) | |
| Plaintiff. ) | Adv. Pro. No. 13-52252 (BLS) |
| ) | |
| v. ) | |
| ) | |
| EC CLOSING CORP. f/k/a CAL-WESTERN ) | |
| RECONVEYANCE CORPORATION; ) | Re: Adv. Pro. D.I. 57, 59, and 60 |
| CHARLES T. PIPER, INDIVIDUALLY; ) | |
| DAPI, LLC & DENNIS P. BLOCK & ) | |
| ASSOCIATES; AND PROMMIS ) | |
| HOLDINGS, LLC, ) | |
| ) | |
| Defendants. ) | |

**SUPPLEMENTAL ORDER GRANTING MOTION OF LIQUIDATING TRUSTEE
TO ENFORCE PLAN INJUNCTION AND FOR SANCTIONS AGAINST
RONALD F. VAUGHN**

In accordance with this Court's Order Granting Motion of Liquidating Trustee to Enforce Plan Injunction and for Sanctions Against Ronald F. Vaughn (the "Enforcement Order") [Main Case D.I. 886; Adv. Pro. D.I. 59] and instructions set forth at the March 17,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: Prommis Holdings, LLC (6940); Prommis Fin Co. (2965); Prommis Solutions, LLC (9978); E-Default Services LLC (0016); Statewide Tax and Title Services LLC (0049); Statewide Publishing Services LLC (0079); Nationwide Trustee Services, Inc. (2436); Statewide Tax and Title Services of Alabama LLC (7733); Nationwide Trustee Services of Virginia, Inc. (6687); EC Closing Corp. (f/k/a Cal-Western Reconveyance Corp.) (8580); EC Posting Closing Corp. (9995); EC Mailing Corp. (f/k/a Interface Inc.) (9903); Prommis Homeownership Solutions, Inc. (0569); and EC Closing Corp. of Washington (2552). The chapter 11 cases have all been closed with the exception of Prommis Holdings, LLC which will remain open until further order of this Court.

2014 hearing regarding the Motion of Liquidating Trustee to Enforce Plan Injunction and for Sanctions Against Ronald F. Vaughn (the "Enforcement Motion") [Main Case D.I. 853; Adv. Pro. D.I. 57]; and upon consideration of the Fee Statement of Counsel to the Liquidating Trustee in Connection with Enforcement of Plan Injunction Against Ronald F. Vaughn; and it appearing that no other or further notice need be given; it is hereby ordered, adjudged, and decreed that:

1. In addition to all other relief granted in the Enforcement Order, Mr. Vaughn is directed to pay the Liquidating Trust its actual attorneys' fees of $5,022 and expenses of $74.85, for a total of $5,096.85 (i) in connection with the filing and prosecution of the Enforcement Motion and (ii) from and after from and after January 9, 2014, the date this Court entered that certain Memorandum Order (the "Dismissal Order") [Adv. Pro. D.I. 46] granting the Debtors' motion to dismiss the above-captioned adversary proceeding, in connection with the Complaint, the Adversary Proceeding, and all related matters in this Court and the United States District Court for the District of Delaware.

2. This Court shall retain jurisdiction over all matters arising from or related to the interpretation an implementation of this Order.

Dated: 4/15, 2014

The Honorable Brendan Linehan Shannon
United States Bankruptcy Judge

2

WCSR 32130534v1